Pauley, W.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
ABU ASHRAF, on behalf of himself and on behalf
of other similarly-situated individuals,

                     Plaintiff,

-against-

TAO LICENSING LLC, MADISON
ENTERTAINMENT ASSOCIATES LLC,
STRATEGIC HOSPITALITY GROUP, LLC, and
ASIA FIVE EIGHT, LLC,

                     Defendants.
--------------------------------------------------------------- X

Civil Case No.
15-cv-6177 (WHP)(SN)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Abu Ashraf, by and through undersigned counsel, hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal of the above-captioned action, without prejudice. Defendants have not served any responsive pleading to Plaintiff's Complaint.

Dated: August 20, 2015
       New York, New York

Respectfully submitted,

WIGDOR LLP

By: _____
    David E. Gottlieb
    Tanvir H. Rahman

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dgottlieb@wigdorlaw.com
trahman@wigdorlaw.com

*Attorneys for Plaintiff and the Proposed FLSA
Collective and NYLL Class*

**SO ORDERED:**

_____ 9-3-15
**U.S.D.J.**